UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE CHRISTOPHER BRICE,<br><br>    Defendant. | 2:22-CR-115-GMN-EJY<br><br>**Preliminary Order of Forfeiture** |

This Court finds Joe Christopher Brice pled guilty to Count Three of a Four-Count Criminal Indictment charging him with monetary transaction in criminal derived property in violation of 18 U.S.C. § 1957. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. ___; Plea Agreement, ECF No. ___.

This Court finds Joe Christopher Brice agreed to the forfeiture of the property, the substitute property, and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. ___; Plea Agreement, ECF No. ___.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has (1) proven the amount for the personal criminal forfeiture money judgment and (2) established the requisite nexus between the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which Joe Christopher Brice pled guilty.

The following property and money judgment are (1) any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1957, or any property traceable to such property; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1957, a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit

1 such offense; and (3) any property, real or personal, involved in a violation of 18 U.S.C.
2 § 1957, or any property traceable to such property and are subject to forfeiture under 18
3 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C.
4 § 2461(c); and 18 U.S.C. § 982(a)(1):

    1. 2013 Red Peterbilt, Model 587, Truck-Tractor, VIN 1XP4D49X8DD183254;

    2. 2013 Red Peterbilt, Model 587, Truck-Tractor, VIN 1XP4D49XXDD183255;

    3. 2013 Red Peterbilt, Model 587, Truck-Tractor, VIN 1XP4D49X1DD183256;

(all of which constitutes property);

    4. $9,941.70 United States currency from United States Bank Account ending in 8283;

    5. $80,000 United States currency in lieu of 4607 Reliant Street, Las Vegas, Nevada 89031, more particularly described as:

LOT 33 IN BLOCK 1 OF SKYVIEW NORTH-UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 44 OF PLATS, PAGE 86 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED JANUARY 19, 1994 IN BOOK 940019 OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA RECORDS DOCUMENT NO. 02063, APN: 139-06-514-033

(all of which constitutes substitute property);

and an in personam criminal forfeiture money judgment of $149,485.50, and that the property and substitute property will be applied toward the payment of the money judgment under Ninth Circuit case law, forfeiture statutes, and Fed. R. Crim. P. 32.2(b)(2)(A).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or other substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property and substitute property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property and substitute property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Joe Christopher Brice an in personam criminal forfeiture money judgment of $149,485.50.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Joe Christopher Brice in the aforementioned property and substitute property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the

petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, within thirty (30) days of the final publication of notice on the official internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Misty L. Dante
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED November 12, 2024.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE