```
                                              ✓ FILED          ___ RECEIVED
                                              ___ ENTERED      ___ SERVED ON
                                                          COUNSEL/PARTIES OF RECORD

                                                     FEB 18 2025

                                                  CLERK US DISTRICT COURT
                                                    DISTRICT OF NEVADA
                                              BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-115-GMN-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JOE CHRISTOPHER BRICE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(1) based upon the plea of guilty by Joe Christopher Brice to the criminal offense, forfeiting the property and the substitute property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Joe Christopher Brice pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 52; Plea Agreement, ECF No. 53; Preliminary Order of Forfeiture, ECF No. 54.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $149,485.50 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

1. This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 16, 2024, through December 15, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 56-1, p. 5.

2. This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 58.

3. On December 19, 2024, the United States Attorney's Office served Aaron D. Ford, Nevada Attorney General, Office of Attorney General, at zip code 89701 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3, 8-15, 17-18.

4. On December 19, 2024, the United States Attorney's Office attempted to serve Above and Beyond Behavioral Health Services, Inc., c/o Mercedes Ward, Treasurer, at zip code 89074 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as attempted not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3, 8-15, 19-21.

5. On December 19, 2024, the United States Attorney's Office attempted to serve Above and Beyond Behavioral Health Services, Inc., c/o Porchett Ward, Director, at zip code 89179 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3, 8-15, 22-24.

6. On December 19, 2024, the United States Attorney's Office attempted to serve Joe Brice, individually; as Manager for Brice's Transport, LLC.; and as Registered Agent and Manager for 2nd Chances Behavior Health Services, LLC., at zip code 89119 with copies of

2

1  the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail
2  return receipt requested. Both mailings were returned as attempted not known and unable to
3  forward. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 3, 8-15, 25-27.
4        On December 19, 2024, the United States Attorney's Office attempted to serve Joe
5  Brice, individually; as Registered Agent for Above and Beyond Behavioral Health Services,
6  Inc., at zip code 89074 with copies of the Preliminary Order of Forfeiture and the Notice
7  through regular mail and certified mail return receipt requested. Both mailings were
8  returned as attempted not known and unable to forward. Notice of Filing Service of Process
9  – Mailing, ECF No. 58-1, p. 3-4, 8-15, 28-30.
10       On December 19, 2024, the United States Attorney's Office attempted to serve Joe
11 Brice, individually; as Registered Agent and Managing Member for Chances Behavioral
12 Health Services, LLC., at zip code 89120 with copies of the Preliminary Order of Forfeiture
13 and the Notice through regular mail and certified mail return receipt requested. Both
14 mailings were returned as attempted not known and unable to forward. Notice of Filing
15 Service of Process – Mailing, ECF No. 58-1, p. 4, 8-15, 31-33.
16       On December 19, 2024, the United States Attorney's Office attempted to serve Joe
17 Brice, individually; as Secretary for Above and Beyond Behavioral Health Services, Inc.;
18 and as Registered Agent and Manager for Brice's Transport, LLC., at zip code 89149 with
19 copies of the Preliminary Order of Forfeiture and the Notice through regular mail and
20 certified mail return receipt requested. Both mailings were returned as attempted not known
21 and unable to forward. On November 12, 2024, Joe Christopher Brice on behalf of
22 corporations Above and Beyond Behavioral Health Services, Inc., Brice's Transport, LLC.,
23 and 2nd Chances Behavior Health Services, LLC., was given actual notice when the
24 Preliminary Order of Forfeiture was signed and entered by the court. Notice of Filing
25 Service of Process – Mailing, ECF No. 58-1, p. 4, 8-15, 34-36.
26       On December 19, 2024, the United States Attorney's Office served Regina Brice at
27 zip code 85139 with copies of the Preliminary Order of Forfeiture and the Notice through
28 / / /

1  regular mail and certified mail return receipt requested. Notice of Filing Service of Process –
2  Mailing, ECF No. 58-1, p. 4, 8-15, 37-38.
3        On December 19, 2024, the United States Attorney's Office served and attempted to
4  serve Regina Brice at zip code 89081 with copies of the Preliminary Order of Forfeiture and
5  the Notice through regular mail and certified mail return receipt requested. The regular was
6  not returned. The certified mail was returned as unclaimed and unable to forward. Notice of
7  Filing Service of Process – Mailing, ECF No. 58-1, p. 4, 8-15, 39-41.
8        On December 19, 2024, the United States Attorney's Office attempted to serve
9  Regina Brice at zip code 89179 with copies of the Preliminary Order of Forfeiture and the
10  Notice through regular mail and certified mail return receipt requested. Both mailings were
11  returned as not deliverable as addressed and unable to forward. Notice of Filing Service of
12  Process – Mailing, ECF No. 58-1, p. 4, 8-15, 42-44.
13        On December 19, 2024, the United States Attorney's Office attempted to serve
14  Regina Brice, individually; as Manager for Brice's Transport, LLC., at zip code 89119 with
15  copies of the Preliminary Order of Forfeiture and the Notice through regular mail and
16  certified mail return receipt requested. Both mailings were returned as attempted not known
17  and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 5, 8-
18  15, 45-47.
19        On December 19, 2024, the United States Attorney's Office attempted to serve
20  Regina Brice, individually; as President for Above and Beyond Behavioral Health Services,
21  Inc.; and as Manager for Brice's Transport, LLC., at zip code 89149 with copies of the
22  Preliminary Order of Forfeiture and the Notice through regular mail and certified mail
23  return receipt requested. Both mailings were returned as attempted not known and unable to
24  forward. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 5, 8-15, 48-50.
25        On December 19, 2024, the United States Attorney's Office served Richard Whitley,
26  Director, Nevada Department of Health and Human Services, at zip code 89703 with copies
27  of the Preliminary Order of Forfeiture and the Notice through regular mail and certified
28  / / /

4

1  mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 5, 8-15, 51-52.

On December 19, 2024, the United States Attorney's Office served Stacie Weeks, Administrator, Division of Health Care Financing and Policy, Nevada Department of Health and Human Services at zip code 89701 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 5, 8-15, 53-55.

On January 14, 2025, the United States Attorney's Office served Above and Beyond Behavioral Health Services, Inc. c/o Mercedes Ward, Treasurer, at zip code 89179 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 5, 8-15, 56-58.

On January 14, 2025, the United States Attorney's Office served Above and Beyond Behavioral Health Services, Inc. c/o Porschett Ward, Director, at zip code 89081 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 5, 8-15, 59-60.

On January 14, 2025, the United States Attorney's Office served Above and Beyond Behavioral Health Services, Inc. c/o Porschett Ward, Treasurer, at zip code 89113 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. On January 16, 2025, Porschett Ward called the United States Attorney's Office with actual knowledge of the mailing of Notice and Preliminary Order sent to her. Notice of Filing Service of Process – Mailing, ECF No. 58-1, p. 5, 8-15, 61-62.

This Court finds no petitions filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. 2013 Red Peterbilt, Model 587, Truck-Tractor, VIN 1XP4D49X8DD183254;
2. 2013 Red Peterbilt, Model 587, Truck-Tractor, VIN 1XP4D49XXDD183255;
3. 2013 Red Peterbilt, Model 587, Truck-Tractor, VIN 1XP4D49X1DD183256;

(all of which constitutes property);

4. $9,941.70 United States currency from United States Bank Account ending in 8283;
5. $80,000 United States currency in lieu of 4607 Reliant Street, Las Vegas, Nevada 89031, more particularly described as:

   LOT 33 IN BLOCK 1 OF SKYVIEW NORTH-UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 44 OF PLATS, PAGE 86 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED JANUARY 19, 1994 IN BOOK 940019 OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA RECORDS DOCUMENT NO. 02063, APN: 139-06-514-033

(all of which constitutes substitute property);

and that the United States recover from Joe Christopher Brice the in personam criminal forfeiture money judgment of $149,485.50, and that the property and substitute property will be applied toward the payment of the money judgment under Ninth Circuit case law, forfeiture statutes, and Fed. R. Crim. P. 32.2(b)(2)(A) and the forfeiture of the money judgment, the property, and the substitute property is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(n)(7) and (p); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property are extinguished and are not recognized for

1  Joe Christopher Brice, Above and Beyond Behavioral Health Services, Inc., Brice's
2  Transport, LLC., 2nd Chances Behavior Health Services, LLC., Mercedes Ward, the Nevada
3  Attorney General, the Nevada Department of Health and Human Services, Porchett or
4  Porschett Ward, and Regina Brice.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

   DATED ____Feb 08____, 2025.

                                        _____
                                        GLORIA M. NAVARRO
                                        UNITED STATES DISTRICT JUDGE