# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOE CHRISTOPER BRICE,

        Defendant.

Case No.: 2:22-cr-00115

**ORDER**

Pending before the Court is the Supplemental Motion to Extend Time of Self-Surrender Date, (ECF No. 84), filed by Defendant Joe Christopher Brice. The Court requires additional information, and a Response by the Government to resolve the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall provide answers to the following questions in his anticipated[1] supplemental filing:

- What is the name of the emergency room(s) Defendant visited on May 1 and May 14?
- For what purpose is a 60-day extension requested when Defendant's last appointment is June 26?
- Does Defendant have any follow-up appointments to go over the results of his appointments scheduled for May 29 and June 26? With whom, when?

///

///

///

---

[1] Defendant indicates in his Motion that he will supplement his Motion upon discharge from the hospital and once records have been released to his electronic chart. (Mot. Extend Self-Surrender at n.1, ECF No. 84).

1 **IT IS FURTHER ORDERED** that the Government shall file a Response to the Motion
2 by 12 p.m., May 22, 2025.
3   Dated this __21__ day of May, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court